STATE of Missouri,
Plaintiff/Respondent,

v.

Rodney SHARP, Defendant/Appellant.

ED 101879

Missouri Court of Appeals,
Eastern District,
*DIVISION FOUR.*

Filed: September 1, 2015

Motion for Rehearing and/or Transfer
to Supreme Court Denied
October 8, 2015

Application for Transfer Denied
November 24, 2015

Daniel N. McPherson, P.O. Box 899, Jefferson City, MO 65102, for Plaintiff/Respondent.

Lisa M. Stroup, 1010 Market Street, Suite 1100, St. Louis, MO 63101, for Defendant/Appellant.

Before Sherri B. Sullivan, P.J., Patricia L. Cohen, J., and Kurt S. Odenwald, J.

#### ORDER

PER CURIAM.

Rodney Sharp appeals from the judgment entered by the trial court upon the jury verdicts finding him guilty of two

counts of second-degree robbery. We have reviewed the briefs of the parties and the record on appeal and conclude the trial court did not err. An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Criminal Procedure 30.25(b).